IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

_____

|  |  |  |
|---|---|---|
| **ANR PIPELINE COMPANY** | ) | |
| | ) | |
| PLAINTIFF | ) | Civil Action No. 4:23cv-00113-DJH |
| v. | ) | JUDGE DAVID J. HALE |
| | ) | |
| **35.64 ACRES OF LAND and** | ) | |
| **JARED WARREN** | ) | |
| | ) | |
| DEFENDANTS | ) | |

_____

## REPORT

A settlement conference was held in this matter on November 3, 2023, commencing at 1:00 p.m. and ending at approximately 4:35 p.m., in Owensboro. Those appearing at the conference were as follows:

For the Plaintiff:    James R. Jackson Attorney
Andrew F. Gann, Jr., Attorney
David A. Michael, Land Representative
Darren Davis, Land Representative

For the Defendants:    Nicholas W. Hetman, Attorney
Jared Warren, Defendant

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States District Judge David J. Hale.

ENTERED this November 7, 2023

H. Brent Brennenstuhl
**United States Magistrate Judge**

Copies to:   Counsel of Record
             Natalie Thompson, Case Manager

3|35