UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ANR PIPELINE COMPANY,                                                                    Plaintiff,

v.                                                                           Civil Action No. 4:23-cv-113-DJH

35.64 ACRES OF LAND and
JARED WARREN,                                                                             Defendants.

* * * * *

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 12), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  The motions seeking a preliminary injunction (D.N. 5) and an extension of time to respond to the complaint (D.N. 11) are **DENIED** as moot.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order.  The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

November 9, 2023

David J. Hale, Judge
United States District Court

1