UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANR PIPELINE COMPANY,                                                                  Plaintiff,

v.                                                                 Civil Action No. 4:23-cv-113-DJH

35.64 ACRES OF LAND and
JARED WARREN,                                                                       Defendants.

\* \* \* \* \*

### **ORDER**

The parties have filed a stipulation of dismissal signed by all parties who have appeared. (Docket No. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.